NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――

**LAWRENCE ALAN LEVINE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

―――――――――――――――

2012-3172

―――――――――――――――

Petition for review of the Merit Systems Protection Board in case no. DE315H110517-I-1.

―――――――――――――――

**ON MOTION**

―――――――――――――――

**O R D E R**

Lawrence Alan Levine moves to consolidate this appeal with appeal no. 2012-3171. The Merit Systems Protection Board ("Board") opposes. The Board moves for an extension of time up until November 26, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

LAWRENCE LEVINE V. MSPB                                                2

    1)   The motion to consolidate is denied.

    2)   The Board's motion for an extension of time is granted.  The Board's brief submitted on November 26, 2012, is accepted as filed.  Mr. Levine may file a reply brief within 14 days of the date of this order.

FOR THE COURT


 /s/ Jan Horbaly   
Jan Horbaly
Clerk

s25